UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Antonio Lamont Jordan**  Docket No. 4:10-CR-43-2D

**Petition for Action on Supervised Release**

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antonio Lamont Jordan, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More than 50 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on December 10, 2010, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered, that upon release from imprisonment, the defendant be placed on supervised release for a period of 5 years under the standard conditions adopted by the court and the following additional conditions:

   Antonio Lamont Jordan was released from custody on February 27, 2015, at which time the term of supervised release commenced.

   On May 7, 2015, a violation report was submitted after the defendant tested positive for cocaine on April 20, 2015. The defendant acknowledged his use of cocaine, and the court allowed the defendant to continue under supervision. The defendant was referred for a substance abuse assessment and increased urine testing.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant submitted to a urine test November 5, 2015, which was confirmed positive for cocaine by Alere Laboratories. The defendant acknowledged the validity of the urine test by signing an Admission of Drug Use on December 4, 2015. The defendant was referred for treatment and urine testing will continue to be closely monitored. As a sanction for this violation, we are recommending that the defendant complete 2 days in jail. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Antonio Lamont Jordan
Docket No. 4:10-CR-43-2D
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Taron N. Seburn
Taron N. Seburn
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2335
Executed On: December 18, 2015

### ORDER OF THE COURT

Considered and ordered this __22__ day of __December__, 2015 and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge